IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAYOU WEST CONDOMINIUMS HOMEOWNERS ASSOCIATION, INC., Plaintiff(s) | |
| v. | CIVIL ACTION NO. H-04-3444 |
| ROYAL SURPLUS LINES INSURANCE COMPANY, Defendant(s) | |

## FINAL JUDGMENT

Pursuant to the Memorandum of this date, the Court **ORDERS** that Defendant Royal Surplus Lines Insurance Company's motion for summary judgment (Doc. 14) is **GRANTED**. Final judgment in favor of Royal Surplus Lines Insurance Company and against Bayou West Condominiums Homeowners Association Inc. is hereby entered.

**SIGNED** at Houston, Texas, this 13th day of January, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE